UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

2005

MUDDY MOOSE, INC. dba MUDDY MOOSE
RESTAURANT AND PUB
Route 16
North Conway, New Hampshire 03860

Plaintiff,

CIVIL NO. CA05-165T

v.

THE MUDDY MOOSE, INC.
1160 Stafford Road
Tiverton, Rhode Island 02878

DEFENDANT.

**CONSENT FINAL JUDGMENT**

**WHEREAS**, Plaintiff, Muddy Moose, Inc. d/b/a Muddy Moose Restaurant and Pub is a New Hampshire corporation and has a place of business at 2344 White Mountain Highway, North Conway, New Hampshire 03860;

**WHEREAS**, Defendant, The Muddy Moose, Inc. is a Rhode Island corporation and has a place of business at 1160 Stafford Road, Tiverton, Rhode Island 02878;

**WHEREAS**, Plaintiff filed an action in this Court alleging that it has rights in the trademark "MUDDY MOOSE RESTAURANT AND PUB" (the MUDDY MOOSE trademark);

**WHEREAS**, Defendant used the trademark and trade name "THE MUDDY MOOSE" in connection with its business;

**WHEREAS**, the Complaint filed by Plaintiff in this action asserted that the actions of Defendant constituted: (1) trademark infringement under the Lanham Act and the Trademark Law Revision Act of 1988, 15 U.S.C. § 1114(a)(1); (2) false designation of origin

under the Lanham Act and the Trademark Law Revision Act of 1988, 15 U.S.C. § 1125(a); and (3) common law trademark infringement;

**WHEREAS**, Defendant admits that it took the actions and engaged in the conduct set forth in the Complaint in this matter that impaired the Plaintiff's trademark;

**WHEREAS**, Defendant does not dispute the validity of the MUDDY MOOSE trademark;

**WHEREAS**, Plaintiff and Defendant agree that settlement of this matter is in the best interest of the parties and the public, and that entry of this Consent Judgment, without additional litigation, is the appropriate means of resolving this action;

**WHEREAS**, the parties' representatives thereof certify that they are fully authorized to enter into the terms and conditions of this Consent Judgment to legally bind each party to it;

**WHEREAS**, without trial or further adjudication of any issue of fact or law, upon consent of the parties, and upon consideration of the mutual promises herein contained:

**NOW THEREFORE IT IS ORDERED**, adjudged and decreed that this Court has jurisdiction over the parties and the subject matter of this action.

**IT IS FURTHER ORDERED** that the "MUDDY MOOSE" trademark is valid and enforceable, pursuant to 15 U.S.C. §§ 1065 and 1115(b).

**IT IS FURTHER ORDERED** that:

A. Declaratory Judgment that the Defendant has infringed Plaintiff's MUDDY MOOSE trademark, has competed unfairly with Plaintiff, and has injured Plaintiff's business and business reputation by the unauthorized use of the MUDDY MOOSE trademark, and in so doing

has violated the applicable laws of the United States and the State of Rhode Island, all to the detriment of Plaintiff, be hereby entered.

B. The Defendant, and its officers, agents, servants, employees, attorneys, and all persons in active concert, privity, or participation with it and each of them individually, and without bond, is permanently enjoined and restrained from doing, abiding, causing or abetting any of the following:

(i) using the name or trademark MUDDY MOOSE in any way associated with an eating or drinking establishment or related business or otherwise directly or indirectly infringing the MUDDY MOOSE trademark or any colorable imitation or confusingly similar facsimile thereof at any time after September 30, 2005;

(ii) directly or indirectly using or copying the MUDDY MOOSE trademark in a manner likely to cause confusion or mistake or to deceive customers, the purchasing public or the trade at any time after September 30, 2005;

(iii) engaging in any acts or activities directly or indirectly calculated to trade upon the MUDDY MOOSE trademark or the reputation or goodwill of Plaintiff, or in any manner unfairly compete with Plaintiff.

**IT IS FURTHER ORDERED** that this Court retains jurisdiction over this matter for purposes of enforcing this Consent Judgment.

Dated this 4th of October, 2005.

**SO ORDERED**

Ernest C Torres

The Honorable Ernest J. Torres
United States District Court Judge

By:

THE MUDDY MOOSE, INC.

______________________________

Name:
Title:

By:____________________________

John J. Flanagan, RI Bar #3099
2348 Post Road
Warwick RI 02886
Telephone 401-732-4480
Facsimile 508-541-6050

By:

MUDDY MOOSE, INC.

James L Abraham

Name: JAMES L. ABRAHAM
Title: PRESIDENT

By Teresa C Tucker

Teresa C. Tucker, NH No. 10071
GROSSMAN, TUCKER, PERREAULT
& PFLEGER PLLC
55 S. Commercial Street
Manchester, NH 03101
Telephone 603-668-6560
Facsimile 603-668-2970
email: ttucker@gtpp.com

By:

THE MUDDY MOOSE, INC.

Sarah A. LeBlanc

Name: Sarah A. LeBlanc
Title: President

By: [signature]

John J. Flanagan, RI Bar #3099
2348 Post Road
Warwick RI 02886
Telephone 401-732-4480
Facsimile 508-541-6050

By:

MUDDY MOOSE, INC.

Name:
Title:

By

Teresa C. Tucker, NH No. 10071
GROSSMAN, TUCKER, PERREAULT
& PFLEGER PLLC
55 S. Commercial Street
Manchester, NH 03101
Telephone 603-668-6560
Facsimile 603-668-2970
email: ttucker@gtpp.com